```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KATRINA HOLLINS, for herself and as the parent and natural guardian of her minor children A.C. and S.W.,

                                                    Plaintiffs,

-against-

THE CITY OF NEW YORK, a municipal corporation; Karanlall (Neil) Brijbukhan, Shield # 660, Jenny Ann Nelson, Shield # 4900, Doug Williams, Shield # 5617, George Wolfrom, Shield # 24893, Jorge Morel, Shield # 21184, Frank Chiodi, Shield # 2201, Edwin Galan, Shiled # 5983, Kevin Canavan, Shield # 13062, Claudio Ramirez, Shield # 3804, Donald Boller, Lieutenant Ryan, Lori Pollock, John and Jane Does individually and as Police and Supervisory Officers of the New York City Police Department, the identity and number of which is presently unknown,

                                                    Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

10 CV 1650 (LGS)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

          1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

3. As part of this settlement agreement, defendant City of New York hereby agrees to pay plaintiff Aniyah Cox the sum of Forty-One Thousand Six Hundred and Sixty-Six ($41,666.67) Dollars and Sixty-Seven Cents by check made payable to "Glenn A. Wolther Attorney at Law as Attorney for Aniyah Cox" in full satisfaction of all liability claims and agrees to pay Glenn A. Wolther, Attorney at Law, the sum of Fifty-Three Thousand Three Hundred and Thirty-Three ($53,333.33) Dollars and Thirty-Three Cents by check made payable to "Glenn A. Wolther Attorney at Law" for all claims for costs, expenses and attorneys' fees. In consideration for the payment of these sums, plaintiffs agree to dismissal of all the claims against the defendants and to release the defendants and any present or former employees and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiffs' civil rights and any and all related state law claims, from the beginning of the world to the date of the General Release, including claims for costs, expenses, and attorneys' fees.

Glenn A. Wolther Attorney at Law
*Attorneys for Plaintiff*
305 Broadway, Suite 1102
New York, New York 10007
(212) 964-2120

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Brijbukhan, Nelson, Williams, Wolfrom, Morel, Chiodi, Galan, Canavan, Ramirez, Boller, Ryan and Pollock*
100 Church Street, Rm. 3-199
New York, New York 10007

By: _____
Glenn Walther, Esq.
*Attorney for Plaintiff*

By: _____
Karl J. Ashanti, Esq.
*Assistant Corporation Counsel*

SO ORDERED:

Dated: New York, New York
       October 20    , 2014

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**